### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LISA D. GOESSLING,**

     **Plaintiff,**

**-vs-**

**OLD REPUBLIC INSURANCE COMPANY,**

     **Defendant.**              **No. 11-CV-045-DRH**

## JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 5, 2012, this case is **DISMISSED**  with prejudice.

                    **NANCY J. ROSENSTENGEL,**
                    **CLERK OF COURT**


             **BY:**         */s/Sandy Pannier*
                         **Deputy Clerk**

Dated: March 15, 2012

David R. Herndon
2012.03.15
12:15:32 -05'00'

APPROVED:
     CHIEF JUDGE
     U. S. DISTRICT COURT